1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant Ninh
6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,            )   No. CR 11-00847 RMW
                                        )
11              Plaintiff,               )   STIPULATION AND []
                                        )   ORDER VACATING TRIAL DATE,
12 vs.                                  )   CONTINUING HEARING DATE AND
                                        )   EXCLUDING TIME UNDER THE SPEEDY
13 HONG THANH THI NINH and              )   TRIAL ACT
   SI "KEVIN" TRUONG,                   )
14                                      )
                Defendants.              )
15                                      )
   _____

16
        The defendant, Hong Thanh Thi Ninh, represented by Assistant Federal Public Defender
17
   Diana A. Garrido, the co-defendant, Si "Kevin" Truong, represented by Thomas J. Ferrito, and
18
   the government, represented by Assistant United States Attorney Jeffrey B. Schenk, hereby
19
   stipulate that, with the Court's approval, the status conference currently set for Monday,
20
   December 10, 2012 at 9:00 a.m., shall be continued to Monday, January 14, 2013 at 9:00 a.m.
21
   The parties further stipulate that, with the Court's approval, the pretrial conference currently set
22
   for February 21, 2013 at 2:00 p.m. and the trial currently set for March 4, 2013 at 1:30 p.m. shall
23
   be vacated.
24
        The continuance is requested to provide both defense counsel and the government the
25
   opportunity to attend the settlement conference, which has been continued to January 8, 2013,
26

Stipulation and [ Order
CR 11-00847 RMW                          1

1  and to review discovery and to negotiate an appropriate resolution. The continuance would
2  provide all parties with the reasonable time necessary for effective preparation.  The vacated
3  pretrial and trial dates would accommodate defense counsel for Ms. Ninh, who has another trial
4  set which conflicts with the current trial date in this matter.  Accordingly, all parties respectfully
5  request that the time between December 10, 2012 and January 14, 2013 be excluded under the
6  Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: December 4, 2012

                STEVEN G. KALAR
                Federal Public Defender

                /s/_____
                DIANA A. GARRIDO
                Assistant Federal Public Defender
                Attorney of Record for Ms. Ninh

Dated: December 4, 2012

                /s/_____
                THOMAS J. FERRITO
                Attorney of Record for Mr. Truong

Dated: December 4, 2012

                MELINDA HAAG
                United States Attorney

                /s/_____
                JEFFREY B. SCHENK
                Assistant United States Attorney

1 **[] ORDER**

2 Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
3 the December 3, 2012 status conference date be continued to January 14, 2013 and that the
4 February 21, 2013 pretrial and March 4, 2013 trial dates be vacated. The Court FURTHER
5 ORDERS that the time between December 3, 2012 and January 14, 2013 is excluded under the
6 Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
7 (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel
8 reasonable time necessary for effective preparation, taking into account the exercise of due
9 diligence. Furthermore, the Court finds that the ends of justice served by granting the requested
10 continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court
11 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A)
12 and (B)(iv).

14 IT IS SO ORDERED.

16 DATED: 12/7/12

_____
THE HONORABLE RONALD M. WHYTE
United States District Judge