| | |
|---|---|
| STEVEN G. KALAR | |
| Federal Public Defender | |
| DIANA A. GARRIDO | |
| Assistant Federal Public Defender | |
| 160 West Santa Clara Street | |
| Suite 575 | |
| San Jose, CA 95113 | |
| Telephone:  (408) 291-7753 | |

Counsel for Defendant Ninh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00847 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER VACATING PRETRIAL AND |
| vs. | ) | TRIAL DATES AND SETTING STATUS |
| | ) | CONFERENCE DATE |
| HONG THANH THI NINH and | ) | |
| SI "KEVIN" TRUONG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant, Hong Thanh Thi Ninh, represented by Assistant Federal Public Defender Diana A. Garrido, the co-defendant, Si "Kevin" Truong, represented by Vicki H. Young, and the government, represented by Assistant United States Attorney Jeffrey B. Schenk, hereby stipulate that, with the Court's approval, the pretrial conference currently set for July 11, 2013 at 2:00 p.m. and the trial currently set for July 29, 2013 at 1:30 p.m. shall be vacated, and a status conference be scheduled for July 29, 2013 at 9:00 a.m.

This request is made because Ms. Ninh's counsel Diana Garrido is leaving the Federal Public Defender Office. Ms. Garrido expects that the Federal Public Defender Office will not continue to represent Ms. Ninh and that a panel member will be appointed to represent Ms. Ninh. Time through July 29, 2013 has already been excluded under the Speedy Trial Act, 18 U.S.C. §§

1  3161(h)(7)(A) and (B)(iv).

2  

3  Dated: June 12, 2013

                    STEVEN G. KALAR
                    Federal Public Defender

/s/_____
DIANA A. GARRIDO
Assistant Federal Public Defender
Attorney of Record for Ms. Ninh

Dated: June 12, 2013

/s/_____
VICKI H. YOUNG
Attorney of Record for Mr. Truong

Dated: June 12, 2013

MELINDA HAAG
United States Attorney

/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

1 **[] ORDER**

2 Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
3 the July 11, 2013 pretrial and July 29, 2013 trial dates be vacated, and that a status conference be
4 scheduled for July 29, 2013.

6 IT IS SO ORDERED.

8 DATED: Î ʷɍ ʉH

_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation and [] Order
CR 11-00847 RMW                         3